## United States Bankruptcy Court
### District of Arizona

In re: **Michael Constantinescu**
**Marie C Constantinescu**
Debtor(s)

Case No. **2:20-bk-03392**
Chapter **13**

## Declaration of Evidence of Employers' Payments Within 60 Days

- ■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;
- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or
- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Michael Constantinescu**, declares the foregoing to be true and correct under penalty of perjury.

- ■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;
- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or
- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Marie C Constantinescu**, declares the foregoing to be true and correct under penalty of perjury.

Date **March 29, 2020**  Signature **/s/ Michael Constantinescu**
**Michael Constantinescu**
Debtor

Date **March 29, 2020**  Signature **/s/ Marie C Constantinescu**
**Marie C Constantinescu**
Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

# • • T • • Mobile •  10159-0002

T-MOBILE USA, INC.
12920 SE 38TH STREET BELLEVUE, WA 98006

**Earnings Statement** 

| | |
|---|---|
| Period Beginning: | 03/08/2020 |
| Period Ending: | 03/21/2020 |
| Pay Date: | 03/27/2020 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  AZ: Tax is 2.7%

**MICHAEL CONSTANTINESCU**
**15781 W APACHE ST**
**GOODYEAR AZ 85338**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1796.95 | 56.00 | 1,257.86 | 10,311.04 |
| Com Oth Curnt | | | 2,067.66 | 5,694.52 |
| Imputed Auto | | | 456.48 | 456.48 |
| Ltderpaid | | | 5.56 | 38.92 |
| Not Wkd Paid | 22.4619 | 8.00 | 179.70 | 179.70 |
| Pto | 22.4619 | 16.00 | 359.39 | 1,052.51 |
| Floating Hol | | | | 179.70 |
| Holiday | | | | 513.42 |
| Rsu Vesting | | | | 2,931.98 |
| **Gross Pay** | | | **$4,326.65** | 21,358.27 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -300.91 | 1,542.98 |
| | Social Security Tax | -239.34 | 1,121.79 |
| | Medicare Tax | -55.97 | 262.35 |
| | AZ State Income Tax | -96.92 | 454.63 |
| | **Other** | | |
| | Dcap | -192.30* | 1,346.10 |
| | Dplife | -0.72 | 5.04 |
| | Eelife | -4.17 | 29.19 |
| | Hcap | -103.84* | 726.88 |
| | Health Plan | -172.00* | 1,204.00 |
| | Imputed Auto | -456.48 | 456.48 |
| | Ltderpaid | -5.56 | 38.92 |
| | Splife | -2.25 | 15.75 |
| | 401(K) | -270.52* | 1,255.18 |
| | 401K Loan #1 | -63.38 | 443.66 |

| Other | this period | year to date |
|---|---|---|
| Rsu Vesting | | 1,891.60 |
| **Net Pay** | **$2,362.29** | |
| 1ST CHECKING | -400.00 | 2,800.00 |
| 3RD CHECKING | -1,962.29 | 7,763.72 |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,587.99

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.72 | 12.04 |
| Tot Work Hours | 56.00 | 472.00 |
| Pto Accrual | | 5.85 |
| Pto Balance | | 18.40 |
| Your Ytd 401K | | 1,255.18 |

**Important Notes**
QUESTIONS? CONTACT EMPLOYEE CARE AT 1-866-578-6423

BASIS OF PAY: SALARY

© 2000 ADP, LLC

# • • T • • Mobile •

T-MOBILE USA, INC.
12920 SE 38TH STREET BELLEVUE, WA 98006

| | |
|---|---|
| Advice number: | 00000146909 |
| Pay date: | 03/27/2020 |



**Deposited to the account of**
MICHAEL CONSTANTINESCU

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8540 | xxxx xxxx | $1,962.29 |
| xxxxxx0313 | xxxx xxxx | $400.00 |

usbank

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| YSC | 772347 | | | 0000123776  1 |

# T··Mobile· 9971-0002

T-MOBILE USA, INC.
12920 SE 38TH STREET BELLEVUE, WA 98006

## Earnings Statement 

Period Beginning: 02/23/2020
Period Ending: 03/07/2020
Pay Date: 03/13/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  AZ: Tax is 2.7%

**MICHAEL CONSTANTINESCU**
**15781 W APACHE ST**
**GOODYEAR AZ 85338**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1796.95 | 80.00 | 1,796.95 | 9,053.18 |
| Ltderpaid | | | 5.56 | 33.36 |
| Com Oth Curnt | | | | 3,626.86 |
| Floating Hol | | | | 179.70 |
| Holiday | | | | 513.42 |
| Pto | | | | 693.12 |
| Rsu Vesting | | | | 2,931.98 |
| **Gross Pay** | | | **$1,802.51** | 17,031.62 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.47 | 1,242.07 |
| | Social Security Tax | -82.83 | 882.45 |
| | Medicare Tax | -19.38 | 206.38 |
| | AZ State Income Tax | -32.68 | 357.71 |
| | Other | | |
| | Dcap | -192.30* | 1,153.80 |
| | Dplife | -0.72 | 4.32 |
| | Eelife | -4.17 | 25.02 |
| | Hcap | -103.84* | 623.04 |
| | Health Plan | -172.00* | 1,032.00 |
| | Ltderpaid | -5.56 | 33.36 |
| | Splife | -2.25 | 13.50 |
| | 401(K) | -125.79* | 984.66 |
| | 401K Loan #1 | -63.38 | 380.28 |
| | Rsu Vesting | | 1,891.60 |
| | **Net Pay** | | **$972.14** |
| | 1ST CHECKING | -400.00 | 2,400.00 |

| Other | this period | year to date |
|---|---|---|
| 3RD CHECKING | -572.14 | 5,801.43 |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

  Your federal taxable wages this period are $1,208.58

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.72 | 10.32 |
| Tot Work Hours | 80.00 | 416.00 |
| Pto Accrual | | 5.85 |
| Pto Balance | | 28.55 |
| Your Ytd 401K | | 984.66 |

**Important Notes**
QUESTIONS? CONTACT EMPLOYEE CARE AT 1-866-578-6423

BASIS OF PAY: SALARY

© 2000 ADP, LLC

---

# T··Mobile·

T-MOBILE USA, INC.
12920 SE 38TH STREET BELLEVUE, WA 98006

Advice number: 00000123776
Pay date: 03/13/2020



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **MICHAEL CONSTANTINESCU** | xxxxxxxx8540 | xxxx xxxx | $572.14 |
| | xxxxxx0313 | xxxx xxxx | $400.00 |

usbank

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| YSC | 772347 | | | 0000104126 1 |

# T·· Mobile· 10369-0002

T-MOBILE USA, INC.
12920 SE 38TH STREET  BELLEVUE,  WA 98006

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:     3
  AZ:          Tax is 2.7%

## Earnings Statement 

Period Beginning:   02/09/2020
Period Ending:      02/22/2020
Pay Date:           02/28/2020

**MICHAEL CONSTANTINESCU**
**15781 W APACHE ST**
**GOODYEAR AZ 85338**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1796.95 | 64.00 | 1,437.55 | 7,256.23 |
| Com Oth Curnt | | | 1,602.59 | 3,626.86 |
| Floating Hol | 22.4619 | 8.00 | 179.70 | 179.70 |
| Ltderpaid | | | 5.56 | 27.80 |
| Pto | 22.4619 | 8.00 | 179.70 | 693.12 |
| Holiday | | | | 513.42 |
| **Gross Pay** | | | **$3,405.10** | 12,297.13 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -194.23 | 479.68 |
| | Social Security Tax | -182.20 | 617.83 |
| | Medicare Tax | -42.61 | 144.49 |
| | AZ State Income Tax | -72.92 | 245.87 |
| | **Other** | | |
| | Dcap | -192.30* | 961.50 |
| | Dplife | -0.72 | 3.60 |
| | Eelife | -4.17 | 20.85 |
| | Hcap | -103.84* | 519.20 |
| | Health Plan | -172.00* | 860.00 |
| | Ltderpaid | -5.56 | 27.80 |
| | Splife | -2.25 | 11.25 |
| | 401(K) | -237.97* | 858.87 |
| | 401K Loan #1 | -63.38 | 316.90 |
| | **Net Pay** | **$2,130.95** | |
| | 1ST CHECKING | -400.00 | 2,000.00 |
| | 3RD CHECKING | -1,730.95 | 5,229.29 |

**Net Check**               **$0.00**

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,698.99

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.72 | 8.60 |
| Tot Work Hours | 64.00 | 336.00 |
| Pto Accrual | | 5.85 |
| Pto Balance | | 22.70 |
| Your Ytd 401K | | 858.87 |

**Important Notes**
QUESTIONS? CONTACT EMPLOYEE CARE AT 1-866-578-6423

BASIS OF PAY: SALARY

YOUR SALARY RATE HAS BEEN CHANGED FROM 1,711.38 TO 1,796.95.

© 2000 ADP, LLC

---

# T·· Mobile·

T-MOBILE USA, INC.
12920 SE 38TH STREET  BELLEVUE,  WA 98006

**Advice number:**   00000104126
**Pay date:**        02/28/2020

**Deposited to the account of**
**MICHAEL CONSTANTINESCU**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx8540 | xxxx xxxx | $1,730.95 |
| | xxxxxx0313 | xxxx xxxx | $400.00 |

usbank



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| YSC | 772347 | | | 0000112545  1 |



# Earnings Statement 

| | |
|---|---|
| Period Beginning: | 01/26/2020 |
| Period Ending: | 02/08/2020 |
| Pay Date: | 02/25/2020 |

T-MOBILE USA, INC.
12920 SE 38TH STREET BELLEVUE, WA 98006

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 3
   AZ: Tax is 0%

**MICHAEL CONSTANTINESCU**
**15781 W APACHE ST**
**GOODYEAR AZ 85338**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Rsu Vesting | | | 851.22 | 851.22 |
| Regular | | | | 7,256.23 |
| Com Oth Curnt | | | | 3,626.86 |
| Floating Hol | | | | 179.70 |
| Holiday | | | | 513.42 |
| Ltderpaid | | | | 27.80 |
| Pto | | | | 693.12 |
| **Gross Pay** | | | **$851.22** | 13,148.35 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -195.64 | 675.32 |
| | Social Security Tax | -52.78 | 670.61 |
| | Medicare Tax | -12.34 | 156.83 |
| | AZ State Income Tax | -22.98 | 268.85 |
| | **Other** | | |
| | Rsu Vesting | -567.48 | 567.48 |
| | Dcap | | 961.50 |
| | Dplife | | 3.60 |
| | Eelife | | 20.85 |
| | Hcap | | 519.20 |
| | Health Plan | | 860.00 |
| | Ltderpaid | | 27.80 |
| | Splife | | 11.25 |
| | 401(K) | | 858.87 |
| | 401K Loan #1 | | 316.90 |
| **Net Pay** | | | **$0.00** |
| | 1ST CHECKING | | 2,000.00 |

| Other | this period | year to date |
|---|---|---|
| 3RD CHECKING | | 5,229.29 |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $851.22

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | | 8.60 |
| Tot Work Hours | | 336.00 |
| Your Ytd 401K | | 858.87 |

**Important Notes**
QUESTIONS? CONTACT EMPLOYEE CARE AT 1-866-578-6423

BASIS OF PAY: SALARY

© 2000 ADP, LLC

T-MOBILE USA, INC.
12920 SE 38TH STREET BELLEVUE, WA 98006

| | |
|---|---|
| Advice number: | 00000112545 |
| Pay date: | 02/25/2020 |

Deposited to the account of
MICHAEL CONSTANTINESCU

account number    transit ABA    amount

usbank

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| YSC | 772347 | | | 0000083764 1 |



T-MOBILE USA, INC.
12920 SE 38TH STREET BELLEVUE, WA 98006

# Earnings Statement 

Period Beginning: 01/26/2020
Period Ending: 02/08/2020
Pay Date: 02/14/2020

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 3
 AZ: Tax is 2.7%

MICHAEL CONSTANTINESCU
15781 W APACHE ST
GOODYEAR AZ 85338

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1711.38 | 80.00 | 1,711.38 | 5,818.68 |
| Ltderpaid | | | 5.56 | 22.24 |
| Com Oth Curnt | | | | 2,024.27 |
| Holiday | | | | 513.42 |
| Pto | | | | 513.42 |
| **Gross Pay** | | | **$1,716.94** | 8,892.03 |

**Deductions  Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -17.52 | 285.45 |
| Social Security Tax | -77.53 | 435.63 |
| Medicare Tax | -18.13 | 101.88 |
| AZ State Income Tax | -30.53 | 172.95 |

**Other**

| | this period | year to date |
|---|---|---|
| Dcap | -192.30* | 769.20 |
| Dplife | -0.72 | 2.88 |
| Eelife | -4.17 | 16.68 |
| Hcap | -103.84* | 415.36 |
| Health Plan | -172.00* | 688.00 |
| Ltderpaid | -5.56 | 22.24 |
| Splife | -2.25 | 9.00 |
| 401(K) | -119.80* | 620.90 |
| 401K Loan #1 | -63.38 | 253.52 |
| **Net Pay** | **$909.21** | |
| 1ST CHECKING | -400.00 | 1,600.00 |
| 3RD CHECKING | -509.21 | 3,498.34 |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,129.00

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| G.T.L. | 1.72 | 6.88 |
| Tot Work Hours | 80.00 | 272.00 |
| Floatng Hol Bal | | 1.00 |
| Pto Accrual | | 5.85 |
| Pto Balance | | 24.85 |
| Your Ytd 401K | | 620.90 |

**Important Notes**
QUESTIONS? CONTACT EMPLOYEE CARE AT 1-866-578-6423

BASIS OF PAY: SALARY

© 2000 ADP, LLC



T-MOBILE USA, INC.
12920 SE 38TH STREET BELLEVUE, WA 98006

Advice number: 00000083764
Pay date: 02/14/2020

**Deposited to the account of**
MICHAEL CONSTANTINESCU

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8540 | xxxx xxxx | $509.21 |
| xxxxxx0313 | xxxx xxxx | $400.00 |

usbank

**NON-NEGOTIABLE**

## T-Mobile 

**T-MOBILE USA, INC.**
12920 SE 38TH STREET BELLEVUE, WA 98006

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| YSC | 772347 | | | 0000063970 1 |

# Earnings Statement

Period Beginning: 01/12/2020
Period Ending: 01/25/2020
Pay Date: 01/31/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  AZ: Tax is 2.7%

**MICHAEL CONSTANTINESCU**
**15781 W APACHE ST**
**GOODYEAR AZ 85338**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1711.38 | 48.00 | 1,026.82 | 4,107.30 |
| Com Oth Curnt | | | 2,024.27 | 2,024.27 |
| Holiday | 21.3923 | 8.00 | 171.14 | 513.42 |
| Ltderpaid | | | 5.56 | 16.68 |
| Pto | 21.3923 | 24.00 | 513.42 | 513.42 |
| **Gross Pay** | | | **$3,741.21** | 7,175.09 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,011.57

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -231.74 | 267.93 |
| | Social Security Tax | -203.04 | 358.10 |
| | Medicare Tax | -47.48 | 83.75 |
| | AZ State Income Tax | -81.36 | 142.42 |
| | **Other** | | |
| | Dcap | -192.30* | 576.90 |
| | Dplife | -0.72 | 2.16 |
| | Eelife | -4.17 | 12.51 |
| | Hcap | -103.84* | 311.52 |
| | Health Plan | -172.00* | 516.00 |
| | Ltderpaid | -5.56 | 16.68 |
| | Splife | -2.25 | 6.75 |
| | 401(K) | -261.50* | 501.10 |
| | 401K Loan #1 | -63.38 | 190.14 |
| | **Net Pay** | **$2,371.87** | |
| | 1ST CHECKING | -400.00 | 1,200.00 |
| | 3RD CHECKING | -1,971.87 | 2,989.13 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.72 | 5.16 |
| Tot Work Hours | 48.00 | 192.00 |
| Floatng Hol Bal | | 1.00 |
| Pto Accrual | | 5.85 |
| Pto Balance | | 19.00 |
| Your Ytd 401K | | 501.10 |

**Important Notes**
QUESTIONS? CONTACT EMPLOYEE CARE AT 1-866-578-6423

BASIS OF PAY: SALARY

© 2000 ADP, LLC

---

## T-Mobile

**T-MOBILE USA, INC.**
12920 SE 38TH STREET BELLEVUE, WA 98006

Advice number: 00000063970
Pay date: 01/31/2020

**Deposited to the account of**
**MICHAEL CONSTANTINESCU**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8540 | xxxx xxxx | $1,971.87 |
| xxxxx0313 | xxxx xxxx | $400.00 |

usbank

*This is not a check*

**NON-NEGOTIABLE**

Case 2:20-bk-03392-DPC   Doc 8   Filed 04/02/20   Entered 04/02/20 08:46:51   Desc
Main Document    Page 7 of 13

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| YSC | 772347 | | | 0000043767 | 1 |

# T-Mobile

T-MOBILE USA, INC.
12920 SE 38TH STREET  BELLEVUE,  WA 98006

## Earnings Statement 

| | |
|---|---|
| Period Beginning: | 12/29/2019 |
| Period Ending: | 01/11/2020 |
| Pay Date: | 01/17/2020 |

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal: 3
   AZ: Tax is 2.7%

**MICHAEL CONSTANTINESCU**
**15781 W APACHE ST**
**GOODYEAR AZ 85338**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1711.38 | 72.00 | 1,540.24 | 3,080.48 |
| Holiday | 21.3923 | 8.00 | 171.14 | 342.28 |
| Ltderpaid | | | 5.56 | 11.12 |
| **Gross Pay** | | | **$1,716.94** | 3,433.88 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -17.52 | 36.19 |
| | Social Security Tax | -77.53 | 155.06 |
| | Medicare Tax | -18.14 | 36.27 |
| | AZ State Income Tax | -30.53 | 61.06 |
| | **Other** | | |
| | Dcap | -192.30* | 384.60 |
| | Dplife | -0.72 | 1.44 |
| | Eelife | -4.17 | 8.34 |
| | Hcap | -103.84* | 207.68 |
| | Health Plan | -172.00* | 344.00 |
| | Ltderpaid | -5.56 | 11.12 |
| | Splife | -2.25 | 4.50 |
| | 401(K) | -119.80* | 239.60 |
| | 401K Loan #1 | -63.38 | 126.76 |
| | **Net Pay** | **$909.20** | |
| | 1ST CHECKING | -400.00 | 800.00 |
| | 3RD CHECKING | -509.20 | 1,017.26 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,129.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.72 | 3.44 |
| Tot Work Hours | 72.00 | 144.00 |
| Floatng Hol Bal | | 1.00 |
| Pto Accrual | | 5.85 |
| Pto Balance | | 37.15 |
| Your Ytd 401K | | 239.60 |

**Important Notes**
QUESTIONS? CONTACT EMPLOYEE CARE AT 1-866-578-6423

BASIS OF PAY: SALARY

\* Excluded from federal taxable wages

© 2000 ADP, LLC

---

# T-Mobile

T-MOBILE USA, INC.
12920 SE 38TH STREET  BELLEVUE,  WA 98006

| | |
|---|---|
| Advice number: | 00000043767 |
| Pay date: | 01/17/2020 |

**Deposited to the account of**
MICHAEL CONSTANTINESCU

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8540 | xxxx xxxx | $509.20 |
| xxxxx0313 | xxxx xxxx | $400.00 |



usbank

**NON-NEGOTIABLE**

**Payroll period: 11/25/2019 - 12/08/2019 Pay day: 12/13/2019**

| Employee Information | Payment Method | Earnings | | | | Deductions/Contributions | | | Employee Taxes | | Employer Taxes | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Description | Hours | Rate | Total | Description | Type | Amount | Description | Amount | Description | Amount | Description | Amount |
| Constantinescu, Marie | Check | Regular | 80.00 | $36.00 | $2,880.00 | | | | Federal Income Tax | $218.06 | Social Security | $178.56 | Net Pay | $2,337.94 |
| | | Gross | -- | -- | $2,880.00 | | | | Social Security | $178.56 | Medicare | $41.76 | Check Amount | $2,337.94 |
| | | | | | | | | | Medicare | $41.76 | Total | $220.32 | Employer Cost | $3,100.32 |
| | | | | | | | | | AZ Withholding Tax | $103.68 | | | | |
| | | | | | | | | | Total | $542.06 | | | | |

**Payroll period: 12/09/2019 - 12/22/2019 Pay day: 12/27/2019**

| Employee Information | Payment Method | Earnings | | | | Deductions/Contributions | | | Employee Taxes | | Employer Taxes | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Description | Hours | Rate | Total | Description | Type | Amount | Description | Amount | Description | Amount | Description | Amount |
| Constantinescu, Marie | Direct Deposit | Regular | 80.00 | $36.00 | $2,880.00 | | | | Federal Income Tax | $218.06 | Social Security | $178.56 | Net Pay | $2,337.94 |
| | | Gross | -- | -- | $2,880.00 | | | | Social Security | $178.56 | Medicare | $41.76 | Check Amount | $2,337.94 |
| | | | | | | | | | Medicare | $41.76 | Total | $220.32 | Employer Cost | $3,100.32 |
| | | | | | | | | | AZ Withholding Tax | $103.68 | | | | |
| | | | | | | | | | Total | $542.06 | | | | |

**Payroll period: 12/23/2019 - 01/05/2020 Pay day: 01/10/2020**

| Employee Information | Payment Method | Earnings | | | | Deductions/Contributions | | | Employee Taxes | | Employer Taxes | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Description | Hours | Rate | Total | Description | Type | Amount | Description | Amount | Description | Amount | Description | Amount |
| Constantinescu, Marie | Check | Regular | 24.00 | $36.00 | $864.00 | | | | Federal Income Tax | $146.83 | Social Security | $142.85 | Net Pay | $1,897.97 |
| | | Paid Holiday | 40.00 | $36.00 | $1,440.00 | | | | Social Security | $142.85 | Medicare | $33.41 | Check Amount | $1,897.97 |

|  |  | Gross | -- | -- | $2,304.00 |  |  |  | Medicare | $33.41 | FUTA | $13.82 | Employer Cost | $2,495.00 |
|  |  |  |  |  |  |  |  |  | AZ Withholding Tax | $82.94 | AZ Unemployment Tax | $0.92 |  |  |
|  |  |  |  |  |  |  |  |  | Total | $406.03 | Total | $191.00 |  |  |

**Off Cycle Payroll Pay day: 01/13/2020**

| Employee Information | Payment Method | Earnings |  |  |  | Deductions/Contributions |  |  | Employee Taxes |  | Employer Taxes |  | Totals |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Description | Hours | Rate | Total | Description | Type | Amount | Description | Amount | Description | Amount | Description | Amount |
| Constantinescu, Marie | Check | Paid Time Off | 16.00 | $36.00 | $576.00 |  |  |  | Social Security | $35.71 | Social Security | $35.71 | Net Pay | $511.20 |
|  |  | Gross | -- | -- | $576.00 |  |  |  | Medicare | $8.35 | Medicare | $8.35 | Check Amount | $511.20 |
|  |  |  |  |  |  |  |  |  | AZ Withholding Tax | $20.74 | FUTA | $3.46 | Employer Cost | $623.75 |
|  |  |  |  |  |  |  |  |  | Total | $64.80 | AZ Unemployment Tax | $0.23 |  |  |
|  |  |  |  |  |  |  |  |  |  |  | Total | $47.75 |  |  |

**Payroll period: 01/06/2020 - 01/19/2020 Pay day: 01/24/2020**

| Employee Information | Payment Method | Earnings |  |  |  | Deductions/Contributions |  |  | Employee Taxes |  | Employer Taxes |  | Totals |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Description | Hours | Rate | Total | Description | Type | Amount | Description | Amount | Description | Amount | Description | Amount |
| Constantinescu, Marie | Check | Regular | 80.00 | $36.00 | $2,880.00 |  |  |  | Federal Income Tax | $215.95 | Social Security | $178.56 | Net Pay | $2,340.05 |
|  |  | Gross | -- | -- | $2,880.00 |  |  |  | Social Security | $178.56 | Medicare | $41.76 | Check Amount | $2,340.05 |
|  |  |  |  |  |  |  |  |  | Medicare | $41.76 | FUTA | $17.28 | Employer Cost | $3,295.58 |
|  |  |  |  |  |  |  |  |  | AZ Withholding Tax | $103.68 | AZ Unemployment Tax | $177.98 |  |  |
|  |  |  |  |  |  |  |  |  | Total | $539.95 | Total | $415.58 |  |  |

**Off Cycle Payroll Pay day: 01/30/2020**

| Employee Information | Payment Method | Earnings | | | | Deductions/Contributions | | | Employee Taxes | | Employer Taxes | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Description | Hours | Rate | Total | Description | Type | Amount | Description | Amount | Description | Amount | Description | Amount |
| | | There is no activity to show for the filters and time range selected. | | | | | | | | | | | | |

**Payroll period: 01/20/2020 - 02/02/2020 Pay day: 02/07/2020**

| Employee Information | Payment Method | Earnings | | | | Deductions/Contributions | | | Employee Taxes | | Employer Taxes | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Description | Hours | Rate | Total | Description | Type | Amount | Description | Amount | Description | Amount | Description | Amount |
| Constantinescu, Marie | Check | Regular | 80.00 | $36.00 | $2,880.00 | | | | Federal Income Tax | $215.95 | Social Security | $178.56 | Net Pay | $2,340.05 |
| | | Gross | -- | -- | $2,880.00 | | | | Social Security | $178.56 | Medicare | $41.76 | Check Amount | $2,340.05 |
| | | | | | | | | | Medicare | $41.76 | FUTA | $7.44 | Employer Cost | $3,184.39 |
| | | | | | | | | | AZ Withholding Tax | $103.68 | AZ Unemployment Tax | $76.63 | | |
| | | | | | | | | | Total | $539.95 | Total | $304.39 | | |

**Off Cycle Payroll Pay day: 02/07/2020**

| Employee Information | Payment Method | Earnings | | | | Deductions/Contributions | | | Employee Taxes | | Employer Taxes | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Description | Hours | Rate | Total | Description | Type | Amount | Description | Amount | Description | Amount | Description | Amount |
| | | There is no activity to show for the filters and time range selected. | | | | | | | | | | | | |

**Payroll period: 02/03/2020 - 02/16/2020 Pay day: 02/21/2020**

| Employee Information | Payment Method | Earnings | | | | Deductions/Contributions | | | Employee Taxes | | Employer Taxes | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Description | Hours | Rate | Total | Description | Type | Amount | Description | Amount | Description | Amount | Description | Amount |
| Constantinescu, Marie | Check | Regular | 80.00 | $36.00 | $2,880.00 | | | | Federal Income Tax | $215.95 | Social Security | $178.56 | Net Pay | $2,340.05 |
| | | Gross | -- | -- | $2,880.00 | | | | Social Security | $178.56 | Medicare | $41.76 | Check Amount | $2,340.05 |
| | | | | | | | | | Medicare | $41.76 | Total | $220.32 | Employer Cost | $3,100.32 |

| | | | | | | | | | AZ Withholding Tax | $103.68 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Total | $539.95 | | |

**Reversal Payroll Pay day: 02/21/2020**

| Employee Information | Payment Method | Earnings | | | | Deductions/Contributions | | | Employee Taxes | | Employer Taxes | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Description | Hours | Rate | Total | Description | Type | Amount | Description | Amount | Description | Amount | Description | Amount |
| | | | | | There is no activity to show for the filters and time range selected. | | | | | | | | | |

**Payroll period: 02/17/2020 - 03/01/2020 Pay day: 03/06/2020**

| Employee Information | Payment Method | Earnings | | | | Deductions/Contributions | | | Employee Taxes | | Employer Taxes | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Description | Hours | Rate | Total | Description | Type | Amount | Description | Amount | Description | Amount | Description | Amount |
| Constantinescu, Marie | Check | Regular | 80.00 | $36.00 | $2,880.00 | | | | Federal Income Tax | $215.95 | Social Security | $178.56 | Net Pay | $2,340.05 |
| | | Gross | -- | -- | $2,880.00 | | | | Social Security | $178.56 | Medicare | $41.76 | Check Amount | $2,340.05 |
| | | | | | | | | | Medicare | $41.76 | Total | $220.32 | Employer Cost | $3,100.32 |
| | | | | | | | | | AZ Withholding Tax | $103.68 | | | | |
| | | | | | | | | | Total | $539.95 | | | | |

**Payroll period: 03/02/2020 - 03/15/2020 Pay day: 03/20/2020**

| Employee Information | Payment Method | Earnings | | | | Deductions/Contributions | | | Employee Taxes | | Employer Taxes | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Description | Hours | Rate | Total | Description | Type | Amount | Description | Amount | Description | Amount | Description | Amount |
| Constantinescu, Marie | Check | Regular | 80.00 | $36.00 | $2,880.00 | | | | Federal Income Tax | $215.95 | Social Security | $178.56 | Net Pay | $2,340.05 |
| | | Gross | -- | -- | $2,880.00 | | | | Social Security | $178.56 | Medicare | $41.76 | Check Amount | $2,340.05 |
| | | | | | | | | | Medicare | $41.76 | Total | $220.32 | Employer Cost | $3,100.32 |

|  |  |  |  |  |  |  | AZ Withholding Tax | $103.68 |  |  |
|  |  |  |  |  |  |  | Total | $539.95 |  |  |

**Payroll Journal Summary by Employee**

Per Employee Summary for 09/01/2019 - 03/31/2020

| Employee Information | Earnings | | | Deductions/Contributions | | | Employee Taxes | | Employer Taxes | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Description | Hours | Total | Description | Type | Amount | Description | Amount | Description | Amount | Description | Amount |
| Constantinescu, Marie | Regular | 1144.00 | $41,184.00 |  |  |  | Federal Income Tax | $3,309.12 | Social Security | $2,740.40 | Net Pay | $35,918.38 |
|  | Paid Time Off | 16.00 | $576.00 |  |  |  | Social Security | $2,740.40 | Medicare | $640.90 | Check Amount | $35,918.38 |
|  | Paid Holiday | 40.00 | $1,440.00 |  |  |  | Medicare | $640.90 | FUTA | $42.00 | Employer Cost | $47,879.06 |
|  | Commission | -- | $1,000.00 |  |  |  | AZ Withholding Tax | $1,591.20 | AZ Unemployment Tax | $255.76 |  |  |
|  | Gross | -- | $44,200.00 |  |  |  | Total | $8,281.62 | Total | $3,679.06 |  |  |